# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

FILED
JUL 3 1 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:        Richard Sol Melendres        Docket No.:  CR 06-00209-01-SBA

Name of Sentencing Judge:   Michael M. Mihm
United States District Judge

Date of Original Sentence:   November 4, 1999

Original Offense:
Count One: Conspiracy to Manufacture Methamphetamine, 21 U.S.C. § 846, a Class B felony
Count Four: Endangering Human Life While Manufacturing a Controlled Substance, 21 U.S.C. § 858, a Class C felony

Original Sentence: The defendant was sentenced to the custody of the Bureau of Prisons for a total term of sixty-three (63) months. Upon release, the defendant was to be placed on supervised release for a total term of five (5) years.
Special Conditions: Special assessment $200.00; restitution $672.50; drug treatment; no alcohol; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; job training or employment counseling.

*Jurisdiction was transferred from the Central District of Illinois to the Northern District of California on March 28, 2006.

Type of Supervision: Supervised Release        Date Supervision Commenced: August 19, 2003
Assistant U.S. Attorney: Unassigned                          Defense Counsel: Unassigned

NDC-SUPV-FORM 12A 03/23/05

Richard Sol Melendres     Page 2
CR 06-00209-01 SBA

### Petitioning the Court

To modify the conditions of supervision as follows:

The defendant shall reside for a period of up to 150 days, to commence by July 26, 2007, in Cornell Corrections Residential Re-entry Center in the Northern District of California, and shall observe the rules of that facility.

### Cause

| Charge Number | Violation |
| --- | --- |
| One | There is probable cause to believe that the offender violated the standard condition that he refrain from any unlawful use of a controlled substance. |
| | The offender submitted a urinalysis specimen which tested positive for methamphetamine on May 15, 2007 (Kroll Laboratory ID #C00784443). The offender submitted a sweat patch positive for methamphetamine on May 24, 2007 (Clinical Reference Laboratory sample ID # 55758326), and June 7, 2007 (Clinical Reference Laboratory sample ID # 55767513). |
| | Evidence to support this charge is contained in documents provided by Kroll Laboratory and Clinical Reference Laboratory. |
| Two | There is probable cause to believe that the offender violated special condition number one that the offender participate in a program for substance abuse treatment and counseling. |
| | The offender failed to attend substance abuse counseling sessions on the following dates: April 5, 2007; April 9, 2007; April 18, 2007; May 31, 2007; June 14, 2007; June 28, 2007; and July 5, 2007. On those same dates, the offender was scheduled to have his sweat patch substance abuse test removed and another applied. As a result, the offender failed to submit to drug testing during those dates. |
| | Evidence to support this charge is contained in Sharper Futures status alert reports dated May 31, 2007, June 14, 2007, June 28, 2007, and July 6, 2007. |

Three        There is probable cause to believe that the offender has violated standard condition number two that the he submit a truthful and complete written report within the first five days of each month.

> The offender has failed to submit monthly supervision reports for the following months: December 2006; January 2007; February 2007; March 2007; April 2007; May 2007; and June 2007.
>
> The above listed information was obtained through review of the offender's case file.

### Action Taken and Reason

Despite this officer's efforts, the offender continues to test positive for methamphetamine and fail to appear for scheduled counseling and testing appointments. The offender believes, and this officer concurs, that a more structured environment would assist in the offender's chances of obtaining a drug free and law abiding lifestyle. In addition to addressing the offender's substance abuse issues, the time at Cornell will also allow the offender to address other areas of concern such as housing and employment. Based on the aforementioned, the undersigned is requesting a modification to the offender's conditions of supervised release that would allow the offender to reside at Cornell Corrections Residential Re-entry Center for up to 150 days. On July 12, 2007, the offender agreed to and signed the Form 49 agreeing to the modification of his conditions of supervised release. The Form 49 is attached for the Court.

The Assistant U.S. Attorney, Chinayhi Coleman, has been notified and there are no objections.

Address of offender:        1622 Franrose Lane
                            Concord, CA 94519


Respectfully submitted,                        Reviewed by:


_____                 _____
Richard A. Brown                               Daniel Zurita
U.S. Probation Officer                         Supervisory U.S. Probation Officer

Date Signed: July 19, 2007

THE COURT ORDERS:
☑ To modify the conditions of supervision as follows: The defendant shall reside for a period of up to 150 days, to commence by July 26, 2007, in Cornell Corrections Residential Re-entry Center in the Northern District of California, and shall observe the rules of that facility.
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

7/31/07
Date

Saundra Brown Armstrong
United States District Judge

NDC-PROB 49 03/01/04

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
2007 JUL 12 PM 2:00
U.S. PROBATION OFFICE
NORTHERN DIST. CALIF.
OAKLAND

Defendant Name: Richard Sol Melendres
Docket No.: CR 06-00209-01-SBA

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside for a period of up to 150 days, to commence by July 26, 2007, in the Cornell Correction Residential Re-entry Center, in the Northern District of California, and shall observe the rules of that facility.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at

Signed: _____    Date: 7-12-07
Probationer or Supervised Releasee

Witness: _____    Date: 7/12/07
Richard A. Brown
U.S. Probation Officer